UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

T. A. BLACKBURN LAW, PLLC
Tyrone A. Blackburn, Esq.
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
*Attorneys for Plaintiff Angela Roque*

| | |
|---|---|
| ANGELA ROQUE,<br><br>                    Plaintiff,<br>        v.<br><br>VENETIAN CARE &<br>REHABILITATION CENTER.<br>MATTHEW ORILLAZA.<br>ANALIZA PEREZ-RAMOS.<br>JOHN and JANE DOES 1-10, and<br>ABC CORPS.   1-10.<br>                    Defendants. | DOCKET NO.: 23-20659<br><br>Notice of Motion<br>For Expedited Consideration of Plaintiff's<br>Objections to Magistrate Judge Quinn's Order;<br>Renewed Request for Oral Argument |

TO: Defendants Venetian Care & Rehabilitation Center, Matthew Orillaza, Analiza Perez-Ramos, and all other parties and their counsel of record:

PLEASE TAKE NOTICE that on April 14, 2026, or as soon thereafter as counsel may be heard, Plaintiff Angela Roque will move before the Honorable Georgette Castner, United States District Judge, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order:

1. Granting this Motion and expediting consideration of Plaintiff's objections to Magistrate Judge Quinn's March 30, 2026, Order (ECF No. 74), filed as ECF Nos. 75 and 75-1 on April 6, 2026, given the threshold jurisdictional issue and time-sensitive statute-of-limitations prejudice.
2. Scheduling oral argument on the objections at the Court's earliest convenience pursuant to Local Civil Rule 78.1(b)(4).
3. Issuing a prompt ruling on:
   a. Whether Magistrate Judge Quinn's Order should be treated as a Report and Recommendation subject to de novo review under 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).
   b. Plaintiff's motion for leave to file a Third Amended Complaint, including the proposed CEPA, wage and hour, and contract claims; and
   c. Whether those amendments relate back to the date of Plaintiff's original December 2023 Complaint under Rule 15(c)(1)(B); and
4. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that this Motion is made pursuant to Local Civil Rule 7.1, Federal Rule of Civil Procedure 72(a), 28 U.S.C. § 636(b)(1)(A), and Local Civil Rule 78.1(b)(4), and is supported by the annexed Motion, Memorandum of Law in Support, and all prior submissions on the record, including:

1

- Plaintiff's Objections to Magistrate Judge Quinn's Order (ECF No. 75-1, filed April 6, 2026).
- Plaintiff's Letter-Motion Requesting De Novo Review (ECF No. 75, filed April 6, 2026).
- Magistrate Judge Quinn's Order (ECF No. 74, dated March 30, 2026).
- Plaintiff's Motion for Leave to Amend and supporting materials; and
- All other pleadings and documents on file in this action.

Dated:
April 14, 2026

Respectfully submitted,

*/s/ Tyrone Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
Attorney for Plaintiff
1242 E. 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, a true and correct copy of the foregoing Notice of Motion was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all registered counsel of record.

Dated:
April 14, 2026

Respectfully submitted,

/s/ Tyrone Blackburn, Esq.
Tyrone A. Blackburn, Esq.
Attorney for Plaintiff
1242 E. 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432

2