T.A. BLACKBURN LAW, PLLC
Tyrone A. Blackburn, Esq.
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432
tblackburn@tablackburnlaw.com
*Attorneys for Plaintiff Angela Erika Roque*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Angela Erika Roque,<br>Plaintiff,<br>v.<br><br>Venetian Care & Rehabilitation Center;<br>Matthew Orillaza;<br>Analiza Perez-Ramos;<br>John and Jane DOES 1-10; and<br>ABC CORPS. 1-10,<br>Defendants. | Civil Action No. 3:23-cv-20659-GC-JTQ<br><br>Notice of Plaintiff's Emergency Motion to Reinstate This Action to the Active Docket and For Leave to File The Third Amended Complaint<br><br>Document Electronically Filed |

TO:
All counsel of record (via CM/ECF)

PLEASE TAKE NOTICE that, on a date and time to be set by the Court, Plaintiff Angela Erika Roque, by and through her undersigned counsel, shall move before the Honorable Georgette Castner, United States District Judge, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order, on an emergency and expedited basis, (a) reinstating this action to the Court's active docket in light of the October 2, 2026 Order of the United States Bankruptcy Court for the District of New Jersey modifying the automatic stay; (b) granting Plaintiff leave, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15.1, to file the proposed Third Amended Complaint restoring the employment claims withdrawn from the original Complaint; (c) determining that the claims asserted in the Third Amended Complaint against the Defendants named in the original Complaint relate back to the date of the original Complaint under Federal Rule of Civil Procedure 15(c)(1)(B); (d) referring the parties, together with a representative of Continental Insurance Company of New Jersey/CNA with full settlement authority, to a prompt settlement conference before a third party mediator; and (e) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Plaintiff shall rely upon the accompanying Memorandum of Law, the Declaration of Tyrone A. Blackburn, Esq., and the exhibits annexed thereto, including the proposed Third Amended Complaint and the form of that pleading required by Local Civil Rule 15.1(a)(2). A proposed form of order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests expedited consideration of this motion for the reasons set forth in the accompanying Memorandum of Law.

Dated: Brooklyn, New York
October 13, 2026

Respectfully submitted,

T.A. BLACKBURN LAW, PLLC

By: /s/ Tyrone A. Blackburn
Tyrone A. Blackburn, Esq.
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432
Email: tblackburn@tablackburnlaw.com
*Attorneys for Plaintiff Angela Erika Roque*