# Exhibit D

Gmail **Tyrone Blackburn <tblackburn@tablackburnlaw.com>**

## Angela Roque [HBS-DMS.FID2168150]

2 messages

**Jacqueline Voronov** <JVoronov@hallboothsmith.com> Fri, May 15 at 5:03 PM
To: Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com>
Cc: Jeffrey Daitz <JDaitz@hallboothsmith.com>, Taylor Cross <tcross@hallboothsmith.com>

Counsel,

I write regarding both your recent decision to bypass defense counsel and communicate directly with the carrier, as well as your May 5, 2026, filing with the Bankruptcy Court.

After more than 2 years of litigating this matter exclusively through undersigned counsel, your decision to direct a settlement demand to the carrier rather than through counsel of record is inexplicable. I will spare you a long-winded email on the ethics and propriety of corresponding with a represented party and state only that you are directed not to contact the carrier again concerning this matter. Any and all communications regarding this litigation are to be directed solely through undersigned counsel.

As respects your recent filing in the bankruptcy court, it is rife with factual mischaracterizations and improperly references purported confidential settlement discussions that plainly have no place whatsoever on the public docket. Moreover, despite filing the submission with the Court, you failed to serve a copy upon undersigned counsel, further compounding the procedural impropriety surrounding the filing.

Accordingly, demand is hereby made that you immediately withdraw the bankruptcy court filing and remove the improper references to confidential settlement discussions. Failing that, we will seek appropriate relief from the Court, including but not limited to a motion to strike the offending filing from the docket and such further relief as may be warranted.

To be equally clear, this matter is presently stayed. There will be no settlement discussions unless and until the stay is lifted by the Court.

Thank you in advance for your anticipated cooperation.

**Jacqueline Voronov**
**Admitted in NJ, NY, MA, & CT**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 201.614.6350
**D:** 201.221.7014
**M:** 201.739.3006
**F:** 201.730.6254

15 East Midland Avenue, Suite 3A
Paramus, NJ 07652
hallboothsmith.com

H|B|S ATTORNEYS AT LAW

ALABAMA | ARKANSAS | COLORADO | FLORIDA
GEORGIA | MONTANA | NEW JERSEY | NEW MEXICO
NEW YORK | NORTH CAROLINA | OKLAHOMA
PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.