T.A. BLACKBURN LAW, PLLC
Tyrone A. Blackburn, Esq.
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432
tblackburn@tablackburnlaw.com
*Attorneys for Plaintiff Angela Erika Roque*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Angela Erika Roque,<br>Plaintiff,<br><br>v.<br><br>Venetian Care & Rehabilitation Center;<br>Matthew Orillaza;<br>Analiza Perez-Ramos;<br>JOHN and JANE DOES 1-10; and<br>ABC CORPS. 1-10,<br>Defendants. | Civil Action No. 3:23-cv-20659-GC-JTQ<br><br>Declaration Of Tyrone A. Blackburn, Esq. In Support of Plaintiff's Motion for Leave to File the Third Amended Complaint |

I, Tyrone A. Blackburn, declare as follows:

1. I am the principal of T.A. Blackburn Law, PLLC, counsel of record for Plaintiff Angela Erika Roque. I am familiar with the facts stated in this declaration.
2. Plaintiff's original Complaint asserted wage-and-hour claims in Counts Two and Three. ECF No. 1.
3. On November 27, 2023, Defendants submitted a pre-motion letter asserting that those counts should be dismissed on the ground that Plaintiff was exempt from overtime. ECF No. 4.
4. The Court directed Plaintiff to file an amended complaint in lieu of motion practice. ECF No. 10. In reliance on Defendants' exemption position, I advised Plaintiff to file the Second Amended Complaint without her standalone wage claims. ECF No. 11.
5. In discovery, Defendants produced Plaintiff's time sheets, paystubs, and payroll records.
6. Based on my review of those records, they reflect that Defendants paid Plaintiff overtime compensation on multiple occasions during her employment.
7. On October 19, 2026, the Court reinstated this action and permitted Plaintiff to file a formal motion to amend within 21 days. ECF No. 83. That period ended on November 9, 2026.
8. The Bankruptcy Court's October 2, 2026, Order modifying the automatic stay is on the docket at ECF No. 81-6.
9. The motion was not filed by November 9, 2026, because an external hard drive malfunctioned, resulting in the deletion of my files. Plaintiff is filing it on November 12, 2026, three days after the deadline.
10. s of the date of this declaration, the docket reflects no entry after ECF No. 83.
11. Annexed as Exhibit A is a true and correct copy of the proposed Third Amended Complaint.

12. Annexed as Exhibit B is a form of the proposed Third Amended Complaint indicating in what respects it differs from the Second Amended Complaint, by bracketing or striking through materials to be deleted and underlining materials to be added, as required by Local Civil Rule 15.1(a)(2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on November 12, 2026
Brooklyn, New York

*/s/ Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.